United States District Court
Southern District of Texas
**ENTERED**
March 22, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JANANZEB TOOSY, § | |
| Plaintiff § | |
| § | |
| § | CIVIL ACTION NO. 4:19-cv-00429 |
| § | |
| HOUSTON NORTHWEST § | |
| OPERATING COMPANY, L.L.C., § | |
| dba HOUSTON NORTHWEST § | |
| MEDICAL CENTER, § | |
| Defendant § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On this date, Jananzeb Toosy ("Plaintiff") and Houston Northwest Operating Company, L.L.C., dba Houston Northwest Medical Center ("Defendant") have stipulated and agreed, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all claims and counterclaims in the above captioned action are dismissed without prejudice, with all attorneys' fees, costs of court and expenses to be borne by each party incurring the same.

Accordingly, it is hereby ORDERED that all claims and counterclaims in the above captioned action are dismissed without prejudice, with all attorneys' fees, costs of court and expenses to be borne by each party incurring the same.

DONE AND ORDERED this 22nd day of March, 2019.

UNITED STATES DISTRICT JUDGE